UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY H. BRANDT,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSEPH LEHMAN, *et al.*,<br><br>           Defendants. | Case No.  C07-5308FDJB<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS |

The Court, having considered Plaintiff's motion for and extension of time (Dkt. #13), and the records and files herein, does hereby find and ORDER:

(1) Plaintiff's request for an extension of time to allow him time necessary to regain his health following surgery to his shoulder is GRANTED.  Plaintiff may have until **Monday, November 5, 2007** to file his response to defendants' motion to dismiss (Dkt. # 10).  The underlying motion to dismiss will be considered by the court on its November 9, 2007 motion calendar.

(2) The Clerk is directed to send uncertified copies of this Order to Plaintiff and counsel of record

DATED this 27th day of September, 2006.

                                           */s/ J. Kelley Arnold*
                                           J. KELLEY ARNOLD
                                           United States District Magistrate Judge