# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANNY H. BRANDT　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

　　　　　v.

JOSEPH LEHMAN and ALICE PAYNE　　　　　　CASE NUMBER: C07-5308FDB

____　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_　　**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendants' motion to dismiss (Doc. #10) is GRANTED; and his claims and causes of action are DISMISSED.


　　March 14, 2008　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　　s/ D. Forbes
　　　　　　　　　　　　　　　　　　　　　　By, Deputy Clerk